# EXHIBIT A

# Shindler & Joyce

| 1990 E. ALGONQUIN ROAD, SUITE 180 | 1990 E. ALGONQUIN ROAD, SUITE 180 |
| --- | --- |
| SCHAUMBURG, IL 60173-4164 | SCHAUMBURG, IL 60173-4164 |
|  | (847) 537-1000 • FAX (847) 537-0959 |

May 1, 2015



| Creditor to Whom Debt is Owed: | Cavalry SPV I, LLC, as assignee of Citibank, N.A. |
| --- | --- |
| Original Acct#: | XXXXXXXXXXXXXXXXXXXX2247 |
| Our File#: | ■06 |
| Balance: | $8,008.43 |

JOHN D BLYTHIN
107 BEECH AVE
WAUKEGAN, IL 60087-4055

Dear John D Blythin:

We have been hired by Cavalry SPV I, LLC, as assignee of Citibank, N.A. to collect from you the balance on your account. As of May 1, 2015, your balance is $8,008.43. Please call us if you have any questions or wish to discuss this matter.

UNLESS YOU, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY OUR OFFICE;

IF YOU NOTIFY OUR OFFICE, IN WRITING, WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, OUR OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY OUR OFFICE; AND UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, OUR OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Sincerely,

Michael R. Joyce

---

▲ Please Detach And Return in The Enclosed Envelope With Your Payment ▲

JOHN D BLYTHIN
107 BEECH AVE
WAUKEGAN, IL 60087-4055

| Creditor to Whom Debt is Owed: | Cavalry SPV I, LLC, as assignee of Citibank, N.A. |
| --- | --- |
| Original Acct#: | XXXXXXXXXXXXXXXXXXXX2247 |
| Our File#: | ■06 |
| Balance: | $8,008.43 |
| Enclosed Amount: |  |

**IF PAYING BY DEBIT CARD, PLEASE FILL OUT BELOW OR VISIT OUR WEBSITE AT www.shindlerandjoyce.com/payment**

☐ VISA
☐ MasterCard

| CARD NUMBER | EXP. DATE |
| --- | --- |
| SECURITY CODE | AMOUNT |
| PRINT CARD HOLDER NAME | |
| SIGNATURE | |

SHINDLER & JOYCE
1990 E. ALGONQUIN ROAD, SUITE 180
SCHAUMBURG, IL 60173-4164

DL
SHINDLER.WFD
517602 00000008

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.